DEREK J. KING, SBN #242236
The Law Office of Derek J. King
2321 P Street
Sacramento, CA 95816
Tel. – 916.749.6445
Fax – 916.520.3913

Attorney for Defendant
JAMES COYLE



NOV 22 2010



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10 MJ 00278 EFB |
| Plaintiff, | |
| vs. | ~~(PROPOSED)~~ ORDER REGARDING WAIVER OF APPEARANCE |
| JAMES COYLE | |
| Defendant. | |

STIPULATION

This matter is currently scheduled for Status of Counsel and Further Arraignment on November 22, 2010, at 2 p.m. in the courtroom of the Honorable Magistrate Edmund F. Brennan. I have read the Docket Text and Minutes from the October 18, 2010 Court hearing wherein the Court ordered Defense Counsel to file a Waiver of Appearance for Defendant relative to the October 18, 2010 hearing. I was also informed to file said waiver of appearance by Counsel Alexis Briggs who made a special appearance for me on said date.

I personally informed the Defendant that his presence was not required on October 18, 2010, and requested Ms. Briggs to appear on my behalf as my presence was previously required in Sacramento County Family Court at that date and time. It has since been relayed to me that this was error, as Defendant was required to be present on October 18, 2010 in the absence of a properly filed Waiver of Appearance.

I am hereby complying with the Court's order to file a Waiver of Appearance for Defendant relative to the October 18, 2010 Court date. Defendant and I will both be present on November 22, 2010 for further arraignment and status of counsel.

DATED: 11-20-2010                       /s/ Derek J. King
                                        DEREK J. KING
                                        Attorney for Defendant
                                        JAMES COYLE

DATED: 11-20-2010                       /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

## ~~PROPOSED~~ ORDER

GOOD CAUSE APPEARING, and by Order of the Court, Defendant's appearance is waived relative to the October 18, 2010 arraignment date. The case is continued until November 22, 2010 at 2 p.m. in the courtroom of the Honorable Magistrate Judge Edmund F. Brennan.

Dated: 11/22/10                         _____
                                        Dale A. Drozd
                                        U.S. District Magistrate Judge